# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IAN QUARLES, | ) |
| Petitioner, | ) Civil Action No. 2: 14-cv-0320 ) |
| v. | ) Chief United States District Judge ) Joy Flowers Conti |
| JON FISHER, Superintendent at SCI-Smithfield, *et al.*, | ) ) ) |
| Respondents. | ) ) |

## ORDER

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and objections thereto and for the reasons set forth in the accompanying Memorandum Opinion, the following order is entered:

**AND NOW**, this 31st day of July, 2014:

**IT IS HEREBY ORDERED** that Respondents' Motion to Dismiss (ECF No. 11) is **GRANTED** and the Petition for Writ of Habeas Corpus is **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 16) is **ADOPTED** as the Opinion of the Court, as supplemented by the accompanying Memorandum Opinion.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Chief, United States District Judge

cc: IAN QUARLES
810 Wood Street
Apartment 209
Wilkinsburg, PA 15221

John C. Manning
PA Board of Probation and Parole
Email: jmanning@pa.gov